UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 26-CV-01883

CLEARWATER KEY ASSOCIATION
BAYSIDE GARDENS, INC.,

Plaintiff,

v.

FIRST COMMUNITY INSURANCE
COMPANY,

Defendant.
_______________________________________/

**COMPLAINT**

Plaintiff, Clearwater Key Association Bayside Gardens, Inc. ("Bayside"), sues Defendant, First Community Insurance Company (the "Insurance Company") and alleges:

**PARTIES, JURISDICTION AND VENUE**

1. At all material times, Bayside was and is a Florida Not for Profit Corporation with its principal address in Pinellas County, Florida that owns the property located at 1401-1451 Gulf Boulevard, Clearwater, FL 33767 (the "Property").

2. The Property that is the subject of this claim is located in Pinellas County, Florida

3. The Insurance Company is a foreign corporation licensed to do business in Florida and is conducting business in Pinellas County, Florida.

4. Pursuant to 42 U.S.C.A. §4053 and/or 42 U.S.C.A. §4072, this Court has exclusive original subject matter jurisdiction for disputes arising from claims made pursuant to the National Flood Insurance Program's Standard Flood Insurance Policy.

5. Further, this Court has jurisdiction pursuant to the Standard Flood Insurance Policy, which dictates that any legal suit arising from coverage under the policy shall be filed in the U.S. District Court for the district in which the insured property was located at the time of loss. *See* National Flood Insurance Program General Property Form, Standard Flood Insurance Policy, Section VII. General Conditions at ¶R "Suits Against Us."

6. Pursuant to 42 U.S.C.A. §4053, venue is proper in this federal district because the insured property is located in Pinellas County, Florida.

## GENERAL ALLEGATIONS

7. Bayside entered into an insurance contract with the Insurance Company bearing policy number 09-6820538207-01, which provides insurance for the property located at 1451 Gulf Boulevard, Apt 101-204, Clearwater, FL 33767.

8. Bayside entered into an insurance contract with the Insurance Company bearing policy number 09-6820538156-01, which provides insurance for the property located at 1451 Gulf Boulevard, Apt 105-210, Clearwater, FL 33767.

9. Bayside entered into an insurance contract with the Insurance Company bearing policy number 09-682053820-01, which provides insurance for the property located at 1451 Gulf Boulevard, Apt 111-215, Clearwater, FL 33767.

10. Bayside entered into an insurance contract with the Insurance Company bearing policy number 09-6820538214-01 (the "Policy"), which provides insurance for the property located at 1451 Gulf Boulevard, Apt 116-219, Clearwater, FL 33767.

11. Bayside entered into an insurance contract with the Insurance Company bearing policy number 09-6820538173-01, which provides insurance for the property located at 1401 Gulf Boulevard, Apt 101-204, Clearwater, FL 33767.

12. Bayside entered into an insurance contract with the Insurance Company bearing policy number 09-6820538191-01, which provides insurance for the property located at 1401 Gulf Boulevard, Apt 105-210, Clearwater, FL 33767.

13. Bayside entered into an insurance contract with the Insurance Company bearing policy number 09-6820538199-01, which provides insurance for the property located at 1401 Gulf Boulevard, Apt 111-215, Clearwater, FL 33767.

14. Bayside entered into an insurance contract with the Insurance Company bearing policy number 09-6820538203-01, which provides insurance for the property located at 1401 Gulf Boulevard, Apt 116-219, Clearwater, FL 33767.

15. A true and correct copy of the Declarations Pages and Policy (hereinafter referred to collectively as the "Policy") that are the subject of this claim are attached hereto as **Composite Exhibit A**.

16. The Policy provides insurance coverage from June 30, 2024 to June 30, 2025.

17. On or about October 9, 2024, the Property suffered substantial damage as a result of flooding from Hurricane Milton (the "Loss").

18. The Policy provided coverage for all of the losses, damages, and expenses that Bayside suffered and incurred resulting from the Loss.

19. In accordance with the terms and conditions of the Policy, Bayside promptly and timely notified the Insurance Company of the damage to the Property.

20. The Insurance Company acknowledged the claim and assigned it claim number 564786 (the "Claim").

21. The Insurance Company acknowledged coverage for the Claim however has failed to properly and adequately compensate Bayside for the damage from the Loss.

22. To date, the Insurance Company has failed and continues to refuse to properly compensate Bayside for the damage resulting from the Loss.

23. Bayside has complied with all terms and conditions of the Policy and all conditions precedent to the bringing of this action have been performed, waived, or excused.

**COUNT I**
**BREACH OF CONTRACT**

24. Bayside adopts and re-alleges paragraphs 1-23 above.

25. By failing to fully compensate Bayside for the damages incurred as a result of the Loss, the Insurance Company breached the Policy.

26. As a result of the Insurance Company's breach of the Policy, Bayside has suffered damages.

WHEREFORE, Bayside demands entry of judgment in its favor and against the Insurance Company for damages, interest, costs and for such other relief as this Court deems appropriate.

**DEMAND FOR TRIAL BY JURY**

Bayside demands a trial by jury on all issues so triable as a matter of right.

Dated this 29th day of June, 2026.

Respectfully submitted,

**CLAUSEN CHOQUETTE PLLC**
*Counsel for Plaintiff*
6803 Lake Worth Rd., Suite 310
Greenacres, FL 33467
Telephone: (561) 781-7188

By: *_/s/ Madelyn Rodriguez____*
Gina Clausen Lozier, Esq.
Florida Bar No. 38985
gclausen@ccattorneys.com
Christopher Choquette, Esq.
Florida Bar No. 68475
cchoquette@ccattorneys.com
Madelyn Rodriguez, Esq.
Florida Bar No. 108255
mrodriguez@ccattorneys.com
service@ccattorneys.com