AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

CLEARWATER KEY ASSOCIATION BAYSIDE GARDENS, INC.,

*Plaintiff(s)*

v.

FIRST COMMUNITY INSURANCE COMPANY

*Defendant(s)*

Civil Action No 8:26-cv-01883-VMC-AAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FIRST COMMUNITY INSURANCE COMPANY
299 1st Ave N
St. Petersburg, FL 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clausen Choquette PLLC
6803 Lake Worth Rd., Suite 310
Greenacres, FL 33467
Telephone: (561) 781-7188
Gina Clausen Lozier, Esq.
Christopher Choquette, Esq.
Madelyn Rodriguez, Esq.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

CarlaRoberts

Date: June 30, 2026

*Signature of Clerk or Deputy Clerk*