UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 26-CV-01883-VMC-AAS

CLEARWATER KEY ASSOCIATION
BAYSIDE GARDENS, INC.,

Plaintiff,

v.

FIRST COMMUNITY INSURANCE
COMPANY,

Defendant.
______________________________________/

**PLAINTIFF'S STATUS REPORT**

Pursuant to this Court's Order dated July 30, 2026 [ECF No. 10], Plaintiff submits this status report pertaining to its efforts to perfect service of process on Defendant:

Plaintiff is currently engaged in active discussions with Defendant pertaining to the adjustment of the underlying insurance claim dispute. These discussions are ongoing and may ultimately resolve all of the issues presented in this action. As a result, Plaintiff has not yet incurred the costs associated with serving this action. However, Plaintiff anticipates that in the event all disputes are not resolved by ongoing discussions with Defendant, Plaintiff will perfect service upon Defendant well in advance of the 90-day deadline set forth by Fed. R. Civ. P. 4(m).

Dated August 6, 2026.

Respectfully submitted:

**CLAUSEN CHOQUETTE PLLC**
*Attorneys for Plaintiff*
6803 Lake Worth Road, Suite 310
Greenacres, FL 33467
Telephone: (561) 781-7188

By: s/ Madelyn Rodriguez
Gina Clausen Lozier, Esq. Florida
Bar No. 38985
gclausen@ccattorneys.com
Christopher B. Choquette, Esq.
Florida Bar No. 68475
cchoquette@ccattorneys.com
Madelyn Rodriguez, Esq.
Florida Bar No. 108255
mrodriguez@ccattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August 2026, the foregoing has been transmitted by electronic filing with the Clerk of the court via CM/ECF.

By: s/ Christopher B. Choquette
Christopher B. Choquette, Esq.